UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNSON, *et. al*,<br><br>    Defendants. | Case No. 3:23-CV-00435-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 39] |

Currently pending before the Court is Defendants' motion for extension of the deadline to file dispositive motions. (ECF No. 39.) For good cause appearing, the Court grants Defendants' motion for extension of time. The discovery deadlines in this case are now as follows:

| | |
|---|---|
| Dispositive Motion Deadline | **October 14, 2025** |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | **November 14, 2025** |

**IT IS SO ORDERED**.

**DATED**:  September 4, 2025  .

_____
**UNITED STATES MAGISTRATE JUDGE**