AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*
*Benedicto Gutierrez, Calvin Johnson,*
*James Scally, Stephen Sisolak,*
*and Julie Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER R. KELLER, | Case No. 3:23-cv-00435-CLB |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS ECF NO. 40 [SECOND REQUEST]** |
| v. | |
| CALVIN JOHNSON, *et al.*, | [ECF No. 41] |
| Defendants. | |

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, hereby request an extension of time to file Dispositive Motions. This is the second request the Defendants have made regarding the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    RELEVANT FACTS, PROCEDURAL HISTORY, AND ARGUMENT**

On September 4, 2025, this Court granted Defendants' first request for extension of the dispositive motions deadline for this case because of the cyber-attack network outage the State of Nevada was experiencing at the time. ECF No. 40. On or around Friday, September 26, 2025, the State of Nevada regained access to their network and case management software. In preparation for filing a dispositive motion in this case,

undersigned counsel noticed that responses to discovery which were meant to be sent to Plaintiff at the end of August, did not get sent out due to the cyber-attack.[1] As such, Defendants request an additional 60 day extension to file dispositive motions in order to correct this discovery error and speak with Plaintiff about it, making the new deadline December 12, 2025.[2]

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as the trial date is not imminent. The requested extension of time should permit the Defendants to correct the error regarding discovery, and allow both parties to file a proper and complete dispositive motion to allow this Court to rule on all of the claims raised. Therefore, the Defendants request additional time to prepare and file the dispositive motions in this case.

///
///
///
///
///
///
///
///

---

[1] Undersigned counsel is scheduled to speak with Plaintiff about this in the next week, and apologizes profusely to both the Court and Plaintiff about this oversight. Undersigned counsel is working diligently to make sure that this discovery is properly responded to and sent to Plaintiff as soon as possible.

[2] The 60th day falls on Saturday, December 13, 2025, and has been adjusted accordingly.

## II. CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance is present to warrant the requested extension of time. Therefore, the Defendants requests an extension, until December 12, 2025, to file Dispositive Motions.

DATED this 14th day of October 2025.

                                        AARON D. FORD
                                        Attorney General

                                        By:   */s/ Victoria C. Corey*
                                                   VICTORIA C. COREY (Bar No. 16364)
                                                   Senior Deputy Attorney General

                                        *Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** October 14, 2025

                                                                UNITED STATES MAGISTRATE JUDGE